UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NELSON ARIAS,

        Petitioner,

v.                                            Case No. 3:26-cv-405-MMH-LLL

SECRETARY KRISTI NOEM, et al.,

        Respondents.

_____

## ORDER

Petitioner Nelson Arias initiated this case by filing, through counsel, a Petition for a Writ of Habeas Corpus (Doc. 1; Petition). Under 28 U.S.C. § 2242, an "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added). The Petition fails to include a verification.

Accordingly, it is **ORDERED** that by **March 26, 2026**, Arias shall supplement his Petition with a proper verification.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of March, 2026.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 3/19
c:      Counsel of Record